C. A. 76-293.   STATE *v.* EUGENE MONTEIRO. The motion of defendant Eugene Monteiro to dismiss his appeal is granted. The application for counsel fee is granted and John M. Roney is awarded a fee of $750.00 for services rendered before this court on behalf of defendant. *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes,* Special Assistant Attorney General, for plaintiff. *Mann and Roney, John M. Roney,* for defendant.